**UNITED STATES of America, Plaintiff-Appellee,**

v.

**John FLEISCHAUER, Defendant-Appellant.**

No. 16-10057

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 21, 2016

Tony Ray Roberts, Esquire, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff-Appellee

Stuart Fujioka, Honolulu, HI, for Defendant-Appellant

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

John Fleischauer appeals from the district court's judgment and challenges the 120-month mandatory minimum sentence imposed following his guilty-plea conviction for one count of conspiracy to distribute and possess with intent to distribute one kilogram of heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i), and 846; and one count of conspiracy to conduct money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), (h). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Fleischauer contends that the district court erred in determining that he was subject to a 120-month mandatory minimum sentence. We disagree. The record shows that Fleischauer admitted responsibility for "at least one kilogram" of heroin during his change of plea hearing, which triggered the 120-month mandatory minimum contained in section 841(b)(1)(A)(i). *See* 21 U.S.C. § 841(b)(1)(A)(i); *United States v. Jefferson*, 791 F.3d 1013, 1016 (9th Cir. 2015).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.